*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                    518780
_____

In the Matter of ROBERT
    COWARD,
                    Appellant,

         v                                    MEMORANDUM AND ORDER

NEW YORK STATE BOARD OF
    PAROLE,
                    Respondent.
_____

Calendar Date:  January 20, 2015

Before:  Lahtinen, J.P., Rose, Devine and Clark, JJ.

                        _____


        Robert Coward, Hudson, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (William E.
Storrs of counsel), for respondent.

                        _____


        Appeal from a judgment of the Supreme Court (Nichols, J.),
entered April 10, 2014 in Columbia County, which, in a proceeding
pursuant to CPLR article 78, granted respondent's motion to
dismiss the petition.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., Rose, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court